<pre>
 1
 2
 3
 4
 5
 6
 7
 8                          UNITED STATES DISTRICT COURT
 9                        SOUTHERN DISTRICT OF CALIFORNIA
                                 (Hon. Larry Alan Burns)
10
   UNITED STATES OF AMERICA,        )   CASE NO.: 95CR2153-LAB
11                                  )
              Plaintiff,            )   ORDER DENYING MOTION FOR
12                                  )   TRANSLATION OF EXTRADITION
   vs.                              )   ORDER  [Doc. 31]
13                                  )
   JESUS HECTOR PALMA-SALAZAR,      )
14                                  )
              Defendant.            )
15 _____)
                                    )
16
</pre>

The parties' joint request for an order authorizing the translation of the last seven pages of Mr. Palma-Salazar's extradition order by the Interpreter's Office of the United States District Court is **DENIED**. The government should perform this task as part of its discovery obligation and to facilitate the hearing on its pending motion to declare the case complex.

**IT IS SO ORDERED.**

DATED: June 29, 2007

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 2 -